JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-2487 PA (FFMx) | Date | June 10, 2010 |
|---|---|---|---|
| Title | Powdermet, Inc. v. Federal Insurance Co. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **IN CHAMBERS - ORDER**

      The Court is in receipt of Plaintiff's Request to Dismiss Case, in which Plaintiff states that a settlement has been reached.  (Docket No. 7).  Pursuant to Plaintiff's request, this action is hereby dismissed with prejudice.

      IT IS SO ORDERED.

:

Initials of Preparer